UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80873-CIV-MARRA

COMPREHENSIVE HEALTH CARE
SYSTEMS, INC., a Florida corporation,
individually and as the representative
of a class of similarly-situated persons,

    Plaintiff,
vs.

DSM SUPPLY, LLC, and JOHN DOES
1-12,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 6].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby dismissed without prejudice and without taxation of costs.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Any pending motions are denied as moot.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of June, 2016.

_____
KENNETH A. MARRA
United States District Judge